AO 458 (Rev. 10/95 - Rev. D. MA 2/07)  Appearance - Criminal

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

MATTHEW KUC

**APPEARANCE**

Case Number: 10-172

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  defendant Matthew Kuc.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [✓] Retained
- [ ] Pro Bono

12/17/10
Date

_Robert Sheketoff_
Signature

Robert Sheketoff     457340
Print Name           Bar Number

One McKinley Sq.
Address

Boston          MA          02109
City            State       Zip Code

617-367-3449              617-723-1710
Phone Number              Fax Number