UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 10-mj-00172- LTS |
| | ) | |
| | ) | |
| MATTHEW KUC | ) | |

**STATUS REPORT AND MOTION TO MODIFY**

Now comes the defendant in the above-named case and respectfully moves this Honorable Court to modify his conditions of release to permit him to travel in Rhode Island. The defendant's girlfriend lives in Rhode Island and he believes he may be able to find employment in Rhode Island.

When the defendant informed his employer of his situation as directed by this Court, his employer terminated his employment. His employer informed him that he had been advised to do so by federal agents. The defendant can not find the titles to the two vehicles he owns (the other two vehicles are owned by the financing entity). He believes the titles were in a safe which was searched during the execution of the search warrant. The government as of this date does not believe the titles were seized, but the defendant does. In any event, the defendant will not attempt to sell any of the four vehicles without the permission of this Court.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

## CERTIFICATE OF SERVICE

  I, Robert L. Sheketoff, hereby certify that a copy of this motion was served electronically this 24th day of December, 2010 on A.U.S.A Sarah Walters.

               <u>/s/ Robert L. Sheketoff</u>
               Robert L. Sheketoff